FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2017 MAY 16 PM 5:02
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,

v.

LARRY WARREN, a/k/a Bayboe, -01
MIGUEL CHAMBERS, a/k/a Mick, -02
KYE JACKSON, a/k/a Fatty, -03
ANTHONY JACKSON, a/k/a Ace, -04
DUWAN BYERS, a/k/a Rockhead, -05
DEVON TAYLOR, -06
ALPHONSE TURNER, a/k/a Weezy, -07
JUSTIN RUDOLPH, -08
JOHN DOE, a/k/a Toro, a/k/a Tote, -09

Defendants,

NO. 1:17-cr- 1 17-cr-0093 SEB -MJD

# INDICTMENT

## COUNT ONE

**[Racketeer Influenced and Corrupt Organizations - 18 U.S.C. § 1962(d)]**

The Grand Jury charges that:

### Introduction

LARRY WARREN, a/k/a Bayboe; MIGUEL CHAMBERS, a/k/a Mick; KYE JACKSON, a/k/a Fatty; ANTHONY JACKSON, a/k/a Ace; DUWAN BYERS, a/k/a Rockhead; and DEVON TAYLOR, along with others known and unknown to the Grand Jury, were

members and associates of "The Mob," a criminal organization, located in Indianapolis, Indiana, whose members and associates engaged in criminal acts, including the robbery of pharmacies, the use and distribution of controlled substances, and the use and threatened use of violence.

**The Enterprise**

At all times relevant to this Indictment, The Mob, including its leadership, membership, and associates, constituted an "enterprise," as defined by Title 18, United States Code, Section 1961(4); that is, a group of individuals associated in fact. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise. The enterprise was engaged in, and its activities affected, interstate commerce.

**Purposes and Objects of the Enterprise**

The purposes of The Mob enterprise included the following:

1. Enriching the members and associates of the enterprise through the robbery of pharmacies and the distribution of controlled substances.

2. Preserving, expanding, and protecting the power, territory, reputation, and profits of the enterprise through the use of intimidation, violence and threats of violence, and the display of firearms.

3. Keeping intended rivals, victims, and potential witnesses in fear of the enterprise and in fear of its members and associates through intimidation, threats of violence, acts of violence, and the display of firearms.

4. Sharing and disseminating information about the enterprise's plans and activities.

5. Hampering law enforcement's ability to effectively investigate the enterprise's unlawful conduct through the obstruction of justice.

## Means and Methods of the Enterprise

The means and methods of the enterprise include the following:

1. Members of The Mob signified their affiliation with the gang through the use of hand signs, tattoos, and photographing themselves with other Mob members.

2. Members of The Mob used social networking websites such as Facebook, Twitter, and Instagram to post photographs, videos and statements that identified and highlighted the existence of the gang, a member's affiliation with the gang, and criminal activity committed by members of the gang.

3. Members of The Mob follow a code of silence, which forbids members of The Mob from providing information to law enforcement officers about illegal activity committed by members of The Mob. Members of The Mob threaten to commit violence, including murder, against individuals who cooperate with law enforcement against members of The Mob. Members of The Mob refer to their code of silence as "COS" when communicating via social media.

4. Members of the enterprise robbed pharmacies engaged in interstate commerce.

5. Members of the enterprise distributed prescription drugs obtained both from the robbery of pharmacies and from other drug dealers.

6. Members of the enterprise distributed and consumed marijuana and synthetic marijuana.

7. Members of the enterprise exhibited tattoos and displayed hand signs, all to demonstrate the existence of the enterprise, to exhibit one's membership in the enterprise, and to enhance the prestige, reputation, and position of the enterprise.

8. Members of the enterprise secured accomplices in pharmacy robberies from a particular pool of individuals, who include other members of The Mob and lower-level associates of The Mob known as "peons."

9. Members of the enterprise routinely armed themselves with firearms to commit crimes, to protect their territory, and to project a violent attitude toward potential rivals who were not members of The Mob.

10. Members of the enterprise shared firearms and other items to be used for gang-related crimes.

11. Members of the enterprise provided transportation for each other during the commission of gang-related crimes.

12. Members of the enterprise and their associates used and threatened to use violence to promote a climate of fear, protect and expand the enterprise's criminal operations, and discourage members of the enterprise and other individuals from cooperating with law enforcement.

13. Members of the enterprise used cellular telephones and computers to communicate about enterprise activities and to keep members informed about ongoing enterprise activities.

14. Members of the enterprise used social networking sites to communicate with each other and to promote the enterprise's criminal activities.

15. Members of the enterprise acquired, maintained, and possessed firearms for use in their criminal activity.

**The Racketeering Conspiracy**

Beginning on or about September 1, 2014, the exact date being unknown to the Grand Jury, and continuing through on or about June 6, 2016, in the Southern District of Indiana, Indianapolis Division, and elsewhere, defendants LARRY WARREN, a/k/a Bayboe; MIGUEL CHAMBERS, a/k/a Mick; KYE JACKSON, a/k/a Fatty; ANTHONY JACKSON, a/k/a Ace; DUWAN BYERS, a/k/a Rockhead; and DEVON TAYLOR, along with others known and unknown to the Grand Jury, being persons employed by and associated with The Mob, an enterprise engaged in and the activities of which affected interstate commerce, did unlawfully and knowingly conspire with one another to violate Title 18, United States Code, Section 1962(c); that is, to conduct and participate, directly and indirectly, in the conduct of the enterprise's affairs through a pattern of racketeering activity, as defined in Title 18, United States Code, Sections 1961(1) and (5), which consisted of multiple acts indictable under 18 U.S.C. § 1951 (interference with commerce by robbery) and multiple offenses involving drug trafficking in violation of 21 U.S.C. §§ 841(a)(1) and 846. It was further part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the enterprise's affairs.

**Controlled Substances**

Members of The Mob robbed and distributed the following controlled substances:

1. Adderall is a brand name for tablets containing Dextroamphetamine, a Schedule II, Non-Narcotic controlled substance, and Amphetamine, a Schedule II, Non-Narcotic controlled substances. Adderall is sold in 5, 7.5, 10, 12.5, 15, 20, 25, and 30 milligram tablets.

2. Concerta is a brand name for tablets containing Methylphenidate, a Schedule II, Narcotic controlled substance. Concerta is sold in 18, 27, 36, and 54 milligram tablets.

3. Lortab is a brand name for tablets containing Hydrocodone, a Schedule II, Narcotic controlled substance, and Acetaminophen, a non-controlled substance. Lortab is sold in 5, 7.5, and 10 milligram tablets. Lortab elixir is a brand name for the liquid form of Lortab, which contains Hydrocodone, a Schedule II, Narcotic controlled substance.

4. Morphine sulfate tablets contain Morphine, a Schedule II, Narcotic controlled substance.

5. OxyContin is a brand name for tablets containing Oxycodone, a Schedule II, Narcotic controlled substance. OxyContin is sold in 10, 15, 20, 30, 40, 60, and 80 milligram tablets.

6. Percocet is a brand name for tablets containing Oxycodone, a Schedule II, Narcotic controlled substance, and Acetaminophen, a Non-Controlled Substance. Percocet is sold in 2.5, 5, 7.5, and 10 milligram tablets. Endocet is a brand name for the generic version of Percocet. Endocet is sold in 2.5, 5, 7.5., and 10 milligram tablets.

7. Promethazine With Codeine is an elixir (syrup) containing Codeine, a Schedule V, Narcotic controlled substance.

8. Ritalin is a brand name for tablets containing Methylphenidate, a Schedule II, Narcotic controlled substance. Ritalin is sold in 5,10, and 20 milligram tablets and 10, 20, 30, and 40 milligram capsules.

9. Roxicodone is a brand name for tablets containing Oxycodone hydrochloride, a Schedule II, Narcotic controlled substance. Roxicodone is sold in 5, 15, and 30 milligram tablets. Roxicodone Intensol is a brand name for elixir (syrup) containing Oxycodone, a Schedule II, Narcotic controlled substance.

10. Tussionex is a brand name for an elixir (syrup) containing Hydrocodone, a Schedule II, Narcotic controlled substance.

11. Vicodin is a brand name for tablets containing Hydrocodone, a Schedule II, Narcotic controlled substance, and Acetaminophen, a Non-Controlled substance. Vicodin is sold in 5, 7.5, and 10 milligram tablets.

12. Vyvanse is a brand name for tablets containing Amphetamine, a Schedule II, Non-Narcotic controlled substances. Vyvanse is sold in 10, 20, 30, 40, 50, 60, and 70 milligram tablets.

13. Xanax is a brand name for tablets ("bars") containing Alprazolam, a Schedule V, Non-Narcotic controlled substance. Xanax is sold in 0.25, 0.5, and 1 milligram tablets and 2 milligram bars.

**Overt Acts**

In furtherance of the conspiracy, and to achieve the object and purposes of the conspiracy, the defendants, and others known and unknown to the Grand Jury, committed and caused to be committed various overt acts, including, but not limited to, the following:

1. On September 12, 2014, KYE JACKSON sent a Facebook message to Gang Member #1 indicating that JACKSON had Xanax bars available for distribution.

2. On October 10, 2014, an individual identified as "Bino Certified" sent MIGUEL CHAMBERS a Facebook message asking if he could join The Mob and indicated that he had already asked ANTHONY JACKSON and Gang Member #2. CHAMBERS replied, "You Gotta Prove To me You Mob Material."

3. On October 11, 2014, KYE JACKSON sent Facebook messages to Gang Member #1 and DUWAN BYERS containing photographs of bottles of Promethazine with Codeine.

JACKSON told Gang Member #1 that he would sell the Promethazine with Codeine to him for $150 per pint. Gang Member #1 replied that he was looking for customers for the Promethazine with Codeine.

4. On October 22, 2014, Gang Member #3 sent a Twitter message that read, "Mob over everything."

5. On November 18, 2014, Gang Member #1 sent a Twitter message indicating that he had transferred a firearm to Individual #1.

6. On November 23, 2014, Gang Member #2 sent a Facebook message to another person indicating that he possessed Xanax bars for distribution.

7. On December 6, 2014, Gang Member #4 and another person robbed a CVS pharmacy located at 5110 East 38th Street, Indianapolis. Gang Member #4 and the other person obtained approximately 731 morphine sulfate tablets, 588 Percocet tablets, 1,010 OxyContin tablets, and 10 Endocet tablets during the robbery.

8. On December 7, 2014, MIGUEL CHAMBERS posted photographs on Facebook of Gang Member #2, Gang Member #4, Gang Member #1, and CHAMBERS. The title to the posting read, "Free da youngest out da camp."

9. On December 13, 2014, MIGUEL CHAMBERS sent "Bino Certified" a Facebook message indicating he was "tryna buss dis move" and indicated that "we needa driver for this move."

10. On December 25, 2014, Gang Member #1 sent a Twitter message that read, "Nigga don't get killed for giving names."

11. On December 25, 2014, Gang Member #1 sent a Twitter message that read, "All you snitches going to have to rest n piss."

12. On January 4, 2015, MIGUEL CHAMBERS posted a photograph on Facebook of himself displaying a hand sign associated with The Mob. The title to the posting read, "Mob Life Or No Life" and contained emojis of a bag of money and a firearm.

13. On January 9, 2015, Gang Member #1 sent a Twitter message that he had Percocet and Tussinex available for sale to his "junkies."

14. On January 15, 2015, LARRY WARREN posted a photograph of Gang Member #3, Gang Member #1, WARREN, and another person on Facebook. The title to the posting read, "#CHS Mob."

15. On January 17, 2015, MIGUEL CHAMBERS sent a Facebook message to Bino Certified that read, "If you help me find a whip for this move you ina Mob."

16. On January 22, 2015, Gang Member #3 sent a Twitter message which read, "She in luv with perk 10s nd I got plenty."

17. On January 31, 2015, DUWAN BYERS posted a status update on Facebook advertising that he had Xanax bars available for distribution.

18. On February 1, 2015, MIGUEL CHAMBERS sent a Twitter message asking if anybody needed "yellow Promethazine."

19. On February 2, 2015, LARRY WARREN posted a photograph of Gang Member #1, Gang Member #8, Gang Member #3, and WARREN on Facebook. In the photograph, Gang Member #1 and Gang Member #8 display large amounts of currency, while Gang Member #3 and WARREN display hand signs associated with The Mob. The title to the posting read, "We da new nd approved MOB #CrownHillSectin we is da murdere rate…."

20. On February 5, 2015, Gang Member #3 sent a Twitter message that read, "Feds trynna hit my spot but I'm to slick for them bitches."

21. On February 6, 2015, Gang Member #2 sent a Facebook message to another person indicating that he possessed 56 Xanax bars for distribution.

22. On February 24, 2015, MIGUEL CHAMBERS posted a photograph of himself on Facebook displaying a large amount of currency. The title to the posting read, "I can't work for nobody I'm with The MOB."

23. On February 25, 2015, Gang Member #1 sent a Twitter message that read, "Mob ova everything on god."

24. On February 27, 2015, Gang Member #3 sent a Twitter message that read, "U in court then u a witness then you might end up a victim."

25. On March 18, 2015, MIGUEL CHAMBERS sent a Facebook message to ANTHONY JACKSON indicating that he was trying to rob a CVS pharmacy.

26. On March 25, 2015, Gang Member #3 sent a Twitter message that read, "Ain't nun of my niggas starving from lil yayo too lil marvin."

27. On March 27, 2015, MIGUEL CHAMBERS, Gang Member #4, and ANTHONY JACKSON discussed the possibility of another person joining The Mob through a series of Facebook messages.

28. On April 4, 2015, Gang Member #3 sent a Twitter message that read, "Fuck school sell dope a.s.a.p."

29. On April 3, 2015, DEVON TAYLOR possessed a Glock firearm and a bag of marijuana. When pursued by the police in his vehicle, TAYLOR threw the Glock firearm out of the window of the vehicle.

30. On April 11, 2015, Gang Member #1 sent a Twitter message that read, "I started my day off in the morning saleing drugs."

31. On April 22, 2015, DEVON TAYLOR and LARRY WARREN discussed trading a millimeter pistol and $250 dollars to another individual for an assault rifle through a series of Facebook messages.

32. On April 23, 2015, Gang Member #1 sent MIGUEL CHAMBERS a Facebook message asking if CHAMBERS had robbed a pharmacy yet. CHAMBERS replied that he and another person intended to travel to a pharmacy on a bicycle and rob it.

33. On April 23, 2015, MIGUEL CHAMBERS sent a Facebook message to Bino Certified indicating that "its bike time" and to "be here at 6 no games."

34. On April 24, 2015, Gang Member #1 and Gang Member #5 robbed a CVS pharmacy located at 3425 West 16th Street, Indianapolis. Gang Member #1 and Gang Member #5 obtained approximately 598 Percocet tablets, 620 Roxicodone tablets, and 50 OxyContin tablets during the course of the robbery. Gang Member #1 and Gang Member #5 traveled to the CVS pharmacy to commit the robbery on bicycles.

35. On April 24, 2015, Gang Member #2 sent Facebook messages to another person indicating that Gang Member #2 possessed Xanax bars and Roxicodone tablets for distribution and that Gang Member #1 possessed Percocet tablets for distribution.

36. On April 25, 2015, Gang Member #3 robbed a CVS pharmacy located at 1616 East 86th Street, Indianapolis. Gang Member #3 obtained approximately 252 Percocet tablets, 500 Roxicodone tablets, and 330 Endocet tablets during the course of the robbery.

37. On April 29, 2015, MIGUEL CHAMBERS and ANTHONY JACKSON sent Facebook messages to each other in which they discussed the robbery of a CVS pharmacy with KYE JACKSON and Alphonse Turner. On the same date, MIGUEL CHAMBERS posted on Facebook photographs of CHAMBERS and JACKSON displaying large amounts of currency.

38. On April 29, 2015, DEVON TAYLOR sent LARRY WARREN a Facebook message indicating that he had Xanax bars available for distribution.

39. On May 4, 2015, DEVON TAYLOR sent Facebook messages to another person indicating that he had 10 milligram Percocet tablets available for $7 per tablet.

40. On May 7, 2015, Gang Member #5 and another individual robbed a CVS pharmacy located at 3003 Kessler Boulevard North, Indianapolis. Gang Member #5 obtained approximately 50 Percocet tablets and 10 Roxicodone tablets during the course of the robbery.

41. On May 12, 2015, Gang Member #1 sent a Twitter message to LARRY WARREN discussing the potential sale of Percocets.

42. On May 13, 2015, Gang Member #6 robbed a Walgreens pharmacy located at 6269 West 38th Street, Indianapolis. Gang Member #6 obtained approximately 13 Roxicodone tablets and 200 units of Tussionex during the course of the robbery. Gang Member #6 served as a peon for The Mob.

43. On May 14, 2015, DUWAN BYERS sent a Facebook message to another person indicating that he had Roxicodone tablets available for distribution.

44. On May 15, 2015, Gang Member #3 sent a Twitter message that read, "Percocets nd lean."

45. On May 16, 2015, MIGUEL CHAMBERS sent a Facebook message to another person indicating that he had Percocet tablets available for distribution.

46. On May 28, 2015, Gang Member #7, Gang Member #3, Gang Member #8, and another person robbed a Walgreens pharmacy located at 6269 West 38th Street, Indianapolis. Gang Member #7, Gang Member #3, Gang Member #8, and the other person obtained

approximately 453 Roxicodone tablets and 230 units of Tussionex during the course of the robbery. Gang Member #7 served as a peon of Gang Member #3.

47. On May 30, 2015, Gang Member #4 sent MIGUEL CHAMBERS a Facebook message asking if he could get someone to drive them to rob a pharmacy. CHAMBERS responded affirmatively and asked Gang Member #4 if Gang Member #4 had a "peion." Gang Member #4 replied, "Yea he on Ralston." CHAMBERS told Gang Member #4 not to bring Gang Member #7, because Gang Member #7 had just robbed a pharmacy with Gang Member #3

48. On June 4, 2015, Gang Member #3, Gang Member #2, Individual #2, and another person robbed a Walgreens pharmacy located at 4555 North Shadeland Avenue, Indianapolis. Individual #2 obtained approximately 137 Percocet tablets, 148 Xanax bars, 116 OxyContin tablets, and 45 units of Tussionex during the course of the robbery. Individual #2 served as a peon of Gang Member #3.

49. On June 6, 2015, Gang Member #2 sent a Facebook message to another person indicating that he possessed 10 milligram Percocet tablets for distribution.

50. On June 7, 2015, Gang Member #1 sent a Twitter message advertising that he had a Glock firearm for sale.

51. On June 23, 2015, LARRY WARREN posted on Facebook, "Police ass nigga u remind me of pargo" and emojis of firearms.

52. On June 23, 2015, MIGUEL CHAMBERS posted a photograph on Facebook of CHAMBERS, Gang Member #4, KYE JACKSON, and Gang Member #1 displaying large amounts of currency.

53. On June 28, 2015, LARRY WARREN sent a Facebook message to another person indicating that he intended to rob a CVS pharmacy.

54. On July 1, 2015, KYE JACKSON sent a Facebook message to another person asking the other person to locate "peions" to rob a CVS pharmacy.

55. On July 2, 2015, LARRY WARREN sent a Twitter message that read, "I got O'z purple nd yellow."

56. On July 2, 2015, DUWAN BYERS posted a photograph on Facebook of himself displaying a large amount of currency and flashing gang hand signs associated with The Mob.

57. On July 4, 2015, KYE JACKSON sent a Facebook message to another person of JACKSON and MIGUEL CHAMBERS displaying gang hand signs.

58. On July 9, 2015, Gang Member #1 sent a Twitter message that read, "In everytime I pull up you no im pulling up wit that pistol."

59. On July 10, 2015, Gang Member #1 sent a Twitter message indicating that he had Roxicodone pills available for distribution.

60. On July 14, 2015, Individual #3 and Gang Member #9 robbed a CVS pharmacy located at 1545 North Meridian Street, Indianapolis. Individual #3 and Gang Member #9 obtained approximately 132 Roxicodone tablets and 323 Percocet tablets during the course of the robbery.

61. On July 15, 2015, LARRY WARREN sent an Instagram photograph of Gang Member #1, another person, and WARREN displaying large amounts of currency.

62. On July 17, 2015, Gang Member #2, KYE JACKSON, and Alphonse Turner robbed a CVS pharmacy located at 8970 South Meridian Street, Indianapolis. Gang Member #2, JACKSON, and Turner obtained approximately 507 Roxicodone tablets and 120 OxyContin tablets during the course of the robbery.

63. On July 17, 2015, Gang Member #2 sent a Facebook message to another person indicating that he had Roxicodone tablets available for distribution.

64. On July 18, 2015, MIGUEL CHAMBERS sent Facebook messages to ANTHONY JACKSON indicating that Gang Member #2 had Roxicodone tablets available for distribution because Gang Member #2 had robbed a CVS pharmacy during the previous evening.

65. On July 18, 2015, Gang Member #6 robbed a CVS pharmacy located at 1030 North Arlington Street, Indianapolis. Gang Member #6 obtained approximately 500 Vicodin tablets during the course of the robbery. Gang Member #6 served as a peon of Gang Member #1.

66. On July 21, 2015, Gang Member #2 and another person robbed a CVS pharmacy located at 7915 South Emerson Street, Indianapolis. Gang Member #2 and the other person obtained approximately 458 Percocet tablets and 1,363 Roxicodone tablets during the course of the robbery.

67. On July 21, 2015, KYE JACKSON and Alphonse Turner robbed a CVS pharmacy located at 1375 West 86th Street, Indianapolis. JACKSON and Turner obtained approximately 1,500 Vicodin tablets during the course of the robbery.

68. On July 30, 2015, ANTHONY JACKSON, Gang Member #2, and Alphonse Turner robbed a CVS pharmacy located at 5005 East 56th Street, Indianapolis. JACKSON, Gang Member #2, and Turner obtained approximately 900 Roxicodone tablets and 300 Percocet tablets during the course of the robbery.

69. On July 30, 2015, Gang Member #2 sent a Facebook message to another person indicating that he had Roxicodone and Percocet tablets available for distribution.

70. On August 4, 2015, KYE JACKSON, ANTHONY JACKSON, Gang Member #2, and another person attempted to rob a CVS pharmacy located at 1030 North Arlington Street, Indianapolis.

71. On August 6, 2015, Gang Member #2 sent Facebook messages to Gang Member #1 indicating that Gang Member #2 and ANTHONY JACKSON attempted to rob a pharmacy during the evening. Gang Member #1 told Gang Member #2 to contact him after Gang Member #2 and JACKSON had committed the pharmacy robbery.

72. On August 7, 2015, KYE JACKSON, ANTHONY JACKSON, and Gang Member #2 robbed a CVS pharmacy located at Oaklandon Road and Pendleton Pike in Lawrence, Indiana. KYE JACKSON, ANTHONY JACKSON, and Gang Member #2 obtained approximately 1,679 Adderall tablets, 1,172 Percocet tablets, and 454 Concerta tablets during the course of the robbery. Following the robbery, KYE JACKSON eluded law enforcement officers by leading them on a high-speed chase throughout Lawrence and Indianapolis, Indiana.

73. On August 11, 2015, MIGUEL CHAMBERS posted a photograph on Facebook of Gang Member #1 and CHAMBERS posing with a large amount of currency.

74. On August 13, 2015, KYE JACKSON sent Facebook messages to another person indicating that he had Adderall tablets available for distribution in prices ranging from $2.50 to $5.00 per tablet. JACKSON also asked if the other person wanted Roxicodone tablets available for distribution. JACKSON also asked the other person if the other person knew about "concerta."

75. On August 14, 2015, MIGUEL CHAMBERS posted a photograph of himself on Facebook posing with a large amount of currency.

76. On August 16, 2015, KYE JACKSON sent a Facebook message to another person indicating that he sold 20 milligram Roxicodone tablets for $16 per tablet and 30 milligram Roxicodone tablets for $23 per tablet.

77. On August 17, 2015, Gang Member #2 sent a Facebook message to another person indicating that he had a trash bag filled with Roxicodone and Percocet tablets available for distribution.

78. On August 18, 2015, MIGUEL CHAMBERS posted a photograph on Facebook of himself and Gang Member #2 posing with large amounts of currency. The title to the posting read, "Late upload but I paint the city red bout my thug brother."

79. On August 20, 2015, DUWAN BYERS sent Facebook messages to another person indicating that he had Vicodin and Percocet tablets available for distribution.

80. On August 23, 2015, Gang Member #10 committed an armed robbery at the CVS pharmacy located at 1335 West 86th Street, Indianapolis. Gang Member #10 obtained approximately 2,254 Roxicodone tablets, 1,120 OxyContin tablets, and 1,087 units of Tussionex during the course of the robbery. Gang Member #10 served as a peon for Gang Member #1.

81. On August 31, 2015, Gang Member #3 and another individual robbed a Walgreens pharmacy located at 3734 East 38th Street, Indianapolis. Gang Member #3 obtained approximately 100 Xanax bars, 44 Vicodin tablets, and 146 Roxicodone tablets during the course of the robbery.

82. On September 24, 2015, ANTHONY JACKSON attempted to rob a CVS pharmacy located at 7240 East 82nd Street, Indianapolis.

83. On October 3, 2015, Gang Member #5 attempted to rob a CVS pharmacy located at 5605 North Post Road, Indianapolis.

84. On October 9, 2015, DUWAN BYERS sent a Facebook message to another person indicating that he had Roxicodone tablets available for distribution.

85. On October 13, 2015, Gang Member #1, LARRY WARREN, Gang Member #9, Individual #1, Individual #3, and John Doe, a/k/a Toro, a/k/a Tote, committed an armed robbery at a CVS pharmacy located at 6290 North College Avenue, Indianapolis. The following facts surround the armed robbery:

a. During the afternoon of October 13, 2015, Gang Member #1, LARRY WARREN, Gang Member #9, Individual #1, Individual #3, and Justin Rudolph met inside of an apartment building located at 3707 North Meridian Street, Indianapolis to plan a pharmacy robbery. Rudolph agreed to drive the other individuals to a pharmacy to commit the robbery.

b. At approximately 4:55 p.m. on October 13, 2015, Gang Member #1, WARREN, Gang Member #9, Individual #1, Individual #3, and Rudolph walked outside of the apartment building to leave the apartment complex and commit the robbery. As Gang Member #1, WARREN, Gang Member #9, Individual #1, Individual #3, and Rudolph began to leave the apartment complex, they were approached by an officer with the Indianapolis Metropolitan Police Department. While the police officer spoke with them, Rudolph attempted to discard Alprazolam pills that he maintained in his possession. The officer arrested and detained Rudolph.

c. After the police officer arrested RUDOLPH, Individual #1 recruited John Doe, a/k/a Toro, to drive Gang Member #1, WARREN, Gang Member #9, Individual #1, and Individual #3 to commit the pharmacy robbery. These individual agreed to rob a CVS pharmacy located at 6290 North College Avenue, Indianapolis.

d. John Doe drove Gang Member #1, WARREN, Gang Member #9, Individual #1, and Individual #3 to the CVS pharmacy located at 6290 North College Avenue, Indianapolis to commit the pharmacy robbery. At approximately 7:52 p.m., Gang Member #1, WARREN, Gang Member #9, Individual #1, and Individual #3 entered the pharmacy, committed the robbery, and returned to John Doe's vehicle with approximately 100 Vicodin tablets, 200 units of Promethazine, and a quantity of bladder pills.

e. After the commission of the pharmacy robbery, John Doe drove Gang Member #1, WARREN, Gang Member #9, Individual #1, and Individual #3 to the neighborhood surrounding 4136 Byram Avenue, Indianapolis. While driving to this neighborhood, Individual #1 and Individual #3 became involved in a dispute over the division of the prescription drugs obtained from the pharmacy robbery.

f. At approximately 8:09 p.m., John Doe, Gang Member #1, WARREN, Gang Member #9, Individual #1, and Individual #3 arrived at the neighborhood surrounding 4136 Byram Avenue. Individual #3 exited the vehicle with the prescription drugs taken from the pharmacy robbery. Individual #1 exited the vehicle, approached Individual #3 from behind, shot Individual #3 in the head and other locations, and took the controlled substances from Individual #3. Individual #3 died as a result of the gunshot wound to the head.

86. On October 14, 2015, Gang Member #1, ANTHONY JACKSON, Gang Member #2, Gang Member #9, and Justin Rudolph committed an armed robbery of a CVS pharmacy located at 3705 Kentucky Avenue, Indianapolis. Gang Member #1, JACKSON, Gang Member #2, and Gang Member #9, obtained approximately 531 Percocet tablets, 90 Endocet tablets, 107

morphine sulfate tablets, 2,998 Roxicodone tablets, 548 Vicodin tablets, 422 Xanax bars, and 946 units of Tussinex.

87. On October 28, 2015, LARRY WARREN posted on Facebook a photograph of himself displaying large amounts of money. The title to the posting read, "Trapper of da year," had "MOB" spelled in emojis, and referenced the Mob's "COS" (Code of Silence).

88. On October 29, 2015, LARRY WARREN posted on Facebook and asked if anyone wanted to purchase a .45 caliber firearm and a 9 millimeter Beretta firearm.

89. On November 15, 2015, KYE JACKSON sent a Facebook message to another person that read, "Purple came in 15 oz."

90. On November 19, 2015, Gang Member #3 posted a photograph of Gang Member #3, Individual #1, and LARRY WARREN on Twitter. The caption to the photograph read, "Tbt moblife you know how we comin quit playing."

91. On November 21, 2015, MIGUEL CHAMBERS sent LARRY WARREN a Facebook message asking WARREN to locate Percocet tablets for distribution.

92. On November 22, 2015, KYE JACKSON posted on Facebook indicating that he had Xanax bars available for distribution.

93. On November 30, 2015, MIGUEL CHAMBERS posted a photograph of himself on Facebook. The title read, "I know they tryna get me I'm the last man standing" and had "MOB" written in emojis.

94. On November 30, 2015, MIGUEL CHAMBERS posted a photograph of himself on Facebook holding a firearm.

95. On December 5, 2015, another person sent Gang Member #4 a Facebook message indicating that the other person "needa strap bad" because he "needa buss some moves." Gang Member #4 offered to sell the other person a 9 millimeter Beretta handgun for $330.

96. On December 6, 2015, Gang Member #4 sent another person a Facebook message indicating that Gang Member #4 expected to receive white Xanax bars shortly and offered to sell them for $7 each.

97. On December 8, 2015, LARRY WARREN posted on Facebook a photograph of DUWAN BYERS, WARREN, MIGUEL CHAMBERS, and another person. The title of the posting read, "We da mfckin MOB… free smoov ta end cle" (with MOB spelled in emojis).

98. On December 8, 2015, Gang Member #4 posted a photograph on Facebook of Gang Member #2, Gang Member #1, Gang Member #3, LARRY WARREN, Gang Member #4, and MIGUEL CHAMBERS. The title to the post read, "I'm in every NIGGA hood wit my gang."

99. On December 14, 2015, LARRY WARREN posted on Facebook and asked if anyone was trying to trade firearms.

100. On December 26, 2015, DEVON TAYLOR posted a photograph on Facebook of three handguns on Facebook. The title to the post read, "For sell in box."

101. On January 5, 2016, LARRY WARREN posted on Facebook, "He gotta die if he testify we do not work wit da FBI."

102. On January 5, 2016, MIGUEL CHAMBERS posted a photograph on Facebook of himself displaying a large amount of currency. The title of the posting read, "Yung nigga addicted to these bandz I'm about to overdose."

103. On January 8 and 9, 2016, Gang Member #4 and another individual exchanged Facebook messages in which they discussed committing armed pharmacy robberies in the future.

104. On January 12, 2016, LARRY WARREN posted on Facebook a photograph of a baggie containing Percocet tablets that he had available for distribution.

105. On January 13, 2016, Gang Member #4 sent another person a Facebook message, in which Gang Member #4 offered to sell 15 milligram Roxicodone pills to the other person for $7 per pill and 30 milligram Roxicodone pills to the other person for $15 per pill.

106. On January 17, 2016, DEVON TAYLOR sent a Facebook message to another person that contained photograph of a bottle of Promethazine with codeine cough syrup that TAYLOR had available for distribution.

107. On January 25, 2016, LARRY WARREN posted on Facebook, "We don't shake hands wit da enemies we do homicides" and posted an emoji of a firearm.

108. On January 26, 2016, LARRY WARREN sent a Facebook message to another person that read, "Get a peon I got 3 for da squad."

109. On January 26, 2016, KYE JACKSON sold liquid opium to a confidential informant in Indianapolis.

110. On January 27, 2016, KYE JACKSON and MIGUEL CHAMBERS possessed prescription drugs, three firearms, and ammunition at the residence located at 2853 Schofield Avenue, Indianapolis.

111. On February 8, 2016, DEVON TAYLOR sent a Facebook message to another person indicating that he had Xanax bars and yellow, 10 milligram Percocet pills available for distribution.

112. On February 11, 2016, Gang Member #3 posted a photograph on Facebook of Gang Member #3, LARRY WARREN, Gang Member #8, and two other persons. The title to the posting read, "WE DA MFCKIN MOB."

113. On February 20, 2016, LARRY WARREN sent a Facebook message to another individual indicating that he had 15 milligram Roxicodone tablets available for $13 per tablet.

114. On February 21, 2016, Gang Member #3 sent a Facebook message to another person asking the other person to find some "peons."

115. On March 21, 2016, Gang Member #3 posted a photograph of himself on Facebook. The title to the posting read, "Ima mfckin MOB [in emojis] boss play with me I cut ya time short."

116. On March 24, 2016, DUWAN BYERS posted a Facebook status update which read, "At work ready to get off I wanna get some more currency my hot line going dumb come shop with me." BYERS then posted "MOB" in emojis.

117. On March 28, 2016, Gang Member #4 posted a photograph on Facebook of MIGUEL CHAMBERS and Gang Member #4 displaying firearms. The title of the post read, "Fwu we put a hole in yah skull."

118. On April 1, 2016, Gang Member #4 posted a photograph on Facebook of Gang Member #4 and MIGUEL CHAMBERS displaying a large amount of currency.

119. On April 15, 2016, DEVON TAYLOR sent a Facebook message to another person that contained a photograph of a bag of prescription drugs that TAYLOR had available for distribution.

120. On April 25, 2016, LARRY WARREN posted a photograph on Facebook of DEVON TAYLOR, MIGUEL CHAMBERS, WARREN, two other persons, and Gang Member #3 The title of the posting read, "We da Mfckin MOB" (with MOB spelled in emojis).

121. On April 28, 2016, Gang Member #4 sent a Facebook message to LARRY WARREN indicating that he expected to receive Percocet tablets for distribution. Gang Member #4 indicated that he would sell them to WARREN for $5 per tablet. WARREN replied that he wanted to receive the Percocet tablets.

122. On April 29, 2016, Gang Member #4 posted a status update on Facebook which read, "Ona road to success you get gunned down you get in our way." Gang Member #4 then added emojis of a firearm and prescription pill to the status update.

123. On May 2, 2016, DUWAN BYERS sent a Facebook message to Gang Member #4 indicating that he had green Xanax bars available for distribution for $6 per tablet.

124. On May 4, 2016, DEVON TAYLOR posted a photograph on Facebook of Gang Member #8 with money in his right hand and mouth. The title to the posting included the language "MOB [in emojis] FOREVER."

125. On May 5, 2016, LARRY WARREN, Gang Member #3, DEVON TAYLOR, Gang Member #11, and another person robbed a Walgreens pharmacy located at 9050 East 38th Street, Indianapolis. WARREN, Gang Member #3, DEVON TAYLOR, Gang Member #11, and the other person obtained approximately 107 Xanax bars, 594 Roxicodone tablets, 618 Percocet tablets, 452 OxyContin tablets, 1,661 units of Lortab syrup, 947 units of Tussinex, and 266 units of Promethazine with Codeine during the course of the robbery.

126. On May 6, 2016, Gang Member #3, DEVON TAYLOR, Gang Member #11, and another person robbed a CVS pharmacy located at 2419 West Nichol Avenue, Anderson,

Indiana. Gang Member #3, DEVON TAYLOR, Gang Member #11, and the other person obtained approximately 1,075 Percocet tablets, 100 morphine sulfate tablets, and 270 OxyContin tablets during the course of the robbery.

127. On May 14, 2016, DEVON TAYLOR posted on Facebook a photograph of LARRY WARREN, Gang Member #3, and DEVON TAYLOR. The title of the posting referred to "moblife."

128. On May 16, 2016, Gang Member #3 sent Facebook messages to another person, in which Gang Member #3 agreed to purchase a firearm from that person for $250.

129. On May 28, 2016, Gang Member #4 posted a photograph of Gang Member #4, Gang Member #9, DUWAN BYERS, Gang Member #1, Gang Member #8, and LARRY WARREN on Facebook. Gang Member #4 displayed a firearm in the photograph. The title of the posting read, "Mob."

130. On May 28, 2016, DEVON TAYLOR sent a Facebook message to another person indicating that he had firearms for sale.

131. On June 3, 2016, DUWAN BYERS posted a photograph on Facebook of BYERS, MIGUEL CHAMBERS, Gang Member #4, KYE JACKSON, Gang Member #8, and LARRY WARREN. CHAMBERS and WARREN have firearms on their persons in the photograph.

132. On June 5, 2016, DEVON TAYLOR posted a video on Facebook. The description section of the posting read, "MOB [in emojis] we out here." In the video, TAYLOR proclaimed his affiliation with The Mob.

133. On June 6, 2016, LARRY WARREN, DEVON TAYLOR, Individual #4, and Individual #5 robbed a CVS pharmacy located at 2222 Bardstown Road, Louisville, Kentucky. WARREN, TAYLOR, Individual #4, and Individual #5 obtained approximately 3,085 Percocet

tablets, 347 Ritalin tablets, 1,234 Roxicodone tablets, 100 Lortab tablets, 1,212 OxyContin tablets, 491 Vyvanse tablets, 120 Opana tablets, 946 units of Roxicodone intensol, 500 units of Tussionex, and 254 units of Promethazine with Codeine during the course of the robbery.

All in violation of Title 18, United States Code, Section 1962(d).

## COUNT TWO

**[Interference With Commerce by Threats or Violence – 18 U.S.C. § 1951(a)]**

The Grand Jury further charges that:

On or about July 17, 2015, within the Southern District of Indiana, Indianapolis Division, KYE JACKSON, a/k/a Fatty, and ALPHONSE TURNER, a/k/a Weezy, did conspire to obstruct, delay, and affect commerce by robbery; to-wit, JACKSON, TURNER, and Gang Member #2 unlawfully conspired to obtain controlled substances from employees of a CVS Pharmacy located at 8970 South Meridian Street, Indianapolis, Indiana against the will of the employees of the pharmacy by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT THREE

**[Interference With Commerce by Threats or Violence – 18 U.S.C. § 1951(a)]**

The Grand Jury further charges that:

On or about July 21, 2015, within the Southern District of Indiana, Indianapolis Division, KYE JACKSON, a/k/a Fatty, and ALPHONSE TURNER, a/k/a Weezy, did conspire to obstruct, delay, and affect commerce by robbery; to-wit, JACKSON and TURNER unlawfully conspired to obtained controlled substances from employees of a CVS Pharmacy located at 1375 West 86th

Street, Indianapolis, Indiana against the will of the employees of the pharmacy by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Section 1951(a).

**COUNT FOUR**

**[Interference With Commerce by Threats or Violence – 18 U.S.C. § 1951(a)]**

The Grand Jury further charges that:

On or about July 30, 2015, within the Southern District of Indiana, Indianapolis Division, ALPHONSE TURNER, a/k/a Weezy, did conspire to obstruct, delay, and affect commerce by robbery; to-wit, TURNER, ANTHONY JACKSON, and Gang Member #2 conspired to unlawfully obtain controlled substances from employees of a CVS Pharmacy located at 5005 East 56th Street, Indianapolis, Indiana against the will of the employees of the pharmacy by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Section 1951(a).

**COUNT FIVE**

**[Interference With Commerce by Threats or Violence – 18 U.S.C. § 1951(a)]**

The Grand Jury further charges that:

On or about August 7, 2015, within the Southern District of Indiana, Indianapolis Division, KYE JACKSON, a/k/a Fatty, did conspire to obstruct, delay, and affect commerce by robbery; to-wit, KYE JACKSON, ANTHONY JACKSON, and Gang Member #2 conspired to unlawfully obtain controlled substances from employees of a CVS Pharmacy located at

Oaklandon Road and Pendleton Pike, Lawrence, Indiana against the will of the employees of the pharmacy by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT SIX

**[Possession of a Controlled Substance – 21 U.S.C. § 844(a)]**

The Grand Jury further charges that:

On or about October 13, 2015, within the Southern District of Indiana, Indianapolis Division, JUSTIN RUDOLPH did knowingly and intentionally possess a controlled substance; to-wit, RUDOLPH possessed Alprazolam tablets, a Schedule V, Non-Narcotic controlled substance.

All in violation of Title 21, United States Code, Section 844(a).

## COUNT SEVEN

**[Interference With Commerce by Threats or Violence – 18 U.S.C. § 1951(a)]**

The Grand Jury further charges that:

On or about October 13, 2015, within the Southern District of Indiana, Indianapolis Division, JOHN DOE, a/k/a Toro, a/k/a Tote, did conspire to obstruct, delay, and affect commerce by robbery; to-wit, JOHN DOE, a/k/a Toro, Gang Member #1, Larry Warren, Gang Member #9, Individual #1, and Individual #3 conspired to unlawfully obtain controlled substances from employees of a CVS Pharmacy located at 6290 North College Avenue, Indianapolis, Indiana against the will of the employees of the pharmacy by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT EIGHT

**[Possessing and Brandishing a Firearm in Furtherance of Crime of Violence – 18 U.S.C. § 924(c)(1)(A)(ii)]**

The Grand Jury further charges that:

On or about October 13, 2015, within the Southern District of Indiana, Indianapolis Division, JOHN DOE, a/k/a Toro, a/k/a Tote, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, possessed and brandished a firearm in furtherance of the offense described in Count Seven of this Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT NINE

**[Interference With Commerce by Threats or Violence – 18 U.S.C. § 1951(a)]**

The Grand Jury further charges that:

On or about October 14, 2015, within the Southern District of Indiana, Indianapolis Division, JUSTIN RUDOLPH did conspire to obstruct, delay, and affect commerce by robbery; to-wit, RUDOLPH, Gang Member #1, ANTHONY JACKSON, Gang Member #2, and Gang Member #9 conspired to unlawfully obtain controlled substances from employees of a CVS Pharmacy located at 3705 Kentucky Avenue, Indianapolis, Indiana against the will of the employees of the pharmacy by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT TEN

**[Possessing and Brandishing a Firearm in Furtherance of Crime of Violence – 18 U.S.C. § 924(c)(1)(A)(ii)]**

The Grand Jury further charges that:

On or about October 14, 2015, within the Southern District of Indiana, Indianapolis Division, JUSTIN RUDOLPH, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, possessed and brandished a firearm in furtherance of the offense described in Count Nine of this Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT ELEVEN

**[Interference With Commerce by Threats or Violence – 18 U.S.C. § 1951(a)]**

The Grand Jury further charges that:

On or about May 5, 2016, within the Southern District of Indiana, Indianapolis Division, DEVON TAYLOR did conspire to obstruct, delay, and affect commerce by robbery; to-wit, DEVON TAYLOR, Larry Warren, Gang Member #3, Gang Member #11, and another person conspired to unlawfully obtain controlled substances from employees of a Walgreens Pharmacy located at 9050 East 38th Street, Indianapolis, Indiana against the will of the employees of the pharmacy by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT TWELVE

**[Interference With Commerce by Threats or Violence – 18 U.S.C. § 1951(a)]**

The Grand Jury further charges that:

On or about May 6, 2016, within the Southern District of Indiana, Indianapolis Division, DEVON TAYLOR did conspire to obstruct, delay, and affect commerce by robbery; to-wit, DEVON TAYLOR, Gang Member #3, Gang Member #11, and another person conspired to unlawfully obtain controlled substances from employees of a CVS Pharmacy located at 2419 West Nichol Avenue, Anderson, Indiana against the will of the employees of the pharmacy by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Section 1951(a).

A TRUE BILL:

[redacted]

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: ______________________
Bradley A. Blackington
Assistant United States Attorney

By: ______________________
Peter A. Blackett
Assistant United States Attorney